UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) No. | **4:20CR297 SEP/DDN** |
| | ) | |
| TINIKQUA L. BOSLEY, | ) | |
| ADAM W. HUTCHINSON, | ) | |
| | ) | |
| Defendants. | ) | |

## INDICTMENT

## COUNT I

The Grand Jury charges that:

Beginning at a time unknown to the Grand Jury, but including between February 15, 2020 to February 18, 2020, with the exact dates known and unknown to this Grand Jury, in St. Charles County, State of Missouri, within the Eastern District of Missouri, the Central District of California, the Southern District of Ohio, and elsewhere, the defendants,

**TINIKQUA L. BOSLEY,**
**ADAM W. HUTCHINSON,**

did knowingly and intentionally conspire, combine, confederate and agree with each other and other persons both known and unknown to this Grand Jury, to commit offenses against the United States, to wit: to knowingly and intentionally possess with intent to distribute a controlled substance, Fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1),.

All in violation of Title 21, United States Code, Section 846; and

<u>Quantity of Fentanyl Involved in the Conspiracy</u>

1.      With respect to **TINIKQUA L. BOSLEY,** the amount of fentanyl involved in the conspiracy attributable to her as a result of her own conduct, and the conduct of other conspirators reasonably foreseeable to her is 400 grams or more, thereby making the offense punishable under Title 21, United States Code, Section 841(b)(1)(A).

2.      With respect to **ADAM W. HUTCHINSON,** the amount of fentanyl involved in the conspiracy attributable to him as a result of his own conduct, and the conduct of other conspirators reasonably foreseeable to him is 400 grams or more, thereby making the offense punishable under Title 21, United States Code, Section 841(b)(1)(A).

## COUNT II:

The Grand Jury further charges that:

Beginning at a time unknown to the Grand Jury, but including between February 15, 2020 to February 18, 2020, with the exact dates known and unknown to this Grand Jury, in St. Charles County, State of Missouri, within the Eastern District of Missouri, the Central District of California, the Southern District of Ohio, and elsewhere, the defendants,

**TINIKQUA L. BOSLEY,**
**ADAM W. HUTCHINSON,**

did knowingly and intentionally conspire, combine, confederate and agree with each other and other persons both known and unknown to this Grand Jury, to commit offenses against the United States, to wit: to knowingly and intentionally possess with intent to distribute a controlled substance, cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1),

All in violation of Title 21, United States Code, Section 846; and

## Quantity of Cocaine Involved in the Conspiracy

1.      With respect to **TINIKQUA L. BOSLEY,** the amount of cocaine involved in the conspiracy attributable to her as a result of her own conduct, and the conduct of other conspirators reasonably foreseeable to her is 5 kilograms or more, thereby making the offense punishable under Title 21, United States Code, Section 841(b)(1)(A).

2.      With respect to **ADAM W. HUTCHINSON,** the amount of cocaine involved in the conspiracy attributable to him as a result of his own conduct, and the conduct of other conspirators reasonably foreseeable to him is 5 kilograms or more, thereby making the offense punishable under Title 21, United States Code, Section 841(b)(1)(A).

A TRUE BILL.


_____
FOREPERSON

JEFFREY B. JENSEN
United States Attorney



_____
JOHN R. MANTOVANI #50867MO
Assistant United States Attorney